UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| AMIL ABDALLAH, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2113(a) |
| Defendant. | : | (Attempted Bank Robbery) |
| | : | 22 D.C. Code §§ 1803, 3211, 3212(b) |
| | : | (Attempted Second Degree Theft) |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about September 15, 2010, within the District of Columbia, **AMIL ABDALLAH**, by force, violence and intimidation did attempt to take from the person or presence of another, money, belonging to and in the care, custody, control, management, and possession of Citibank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Attempted Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT TWO

On or about September 15, 2010, within the District of Columbia, **AMIL ABDALLAH** wrongfully attempted to obtain and use property of value, belonging to Citibank consisting of money, with the intent to appropriate the property for her own use and to deprive Citibank of a right to and benefit of the property.

(**Attempted Second Degree Theft**, in violation of Title 22, District of Columbia Code, Sections 1803, 3211, 3212(b) (2001 ed.))

Respectfully submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney
D.C. Bar No. 471489

By: _____
JOHN K. HAN
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7680
John.Han@usdoj.gov